*Tuesday, April 28, 1998*

## MOTION DOCKET

**98–760.  State ex rel. Estate of Goddard v. Niehaus.**
Hamilton App. No. C–970305.  This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.  Upon consideration of appellants' motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.
RESNICK, J., dissents.